No. 25-1262

## UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

JANE DOE,

Plaintiff-Appellee,

v.

ERIC EBLING,

Defendant-Appellant.

Appeal from the United States District Court
Civil Action No. 1:24-cv-00924-RMR-NRN (D. Colo.)
District Court Judge Regina M. Rodriguez

## MOTION TO WITHDRAW AND NOTICE OF SUBSTITUTION OF COUNSEL FOR PLAINTIFF-APPELLEE

COMES NOW, Conor O'Donnell, the undersigned attorney, and respectfully moves this Court for an Order permitting him to withdraw as counsel of record for Plaintiff Jane Doe in the above-captioned matter. This Motion is made pursuant to 10th Cir. R. 46.4.

1.     The undersigned entered representation in this action while working for the firm of Kishinevsky & Raykin, LLC.

1

2.    On November 30, 2025, undersigned submitted notice of resignation from Kishinevsky & Raykin, LLC.

3.    Undersigned counsel's resignation shall be effective December 18, 2025.

4.    The undersigned provided a transition memo that informed Kishinevsky & Raykin of any known upcoming deadlines in the case.

5.    The undersigned believes that his withdrawal at this time will not cause undue prejudice to Ms. Doe, as a different attorney from Kishinevsky & Raykin has already entered his appearance and will continue the representation.

6.    Should the client retain new counsel upon entry of an Order granting this motion, the undersigned will cooperate with any new counsel to ensure a smooth transition of the Client's file and ongoing representation.


DATED: December 23, 2025


Respectfully submitted by:
*s/Conor O'Donnell*
Igor Raykin
Conor O'Donnell
2581 S. Parker Rd., Ste. 150
(720) 863-4256
igor@coloradolawteam.com
conor@coloradolawteam.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2025, I electronically filed the

foregoing with the Clerk of Court using the CM/ECF system which will send

notification of such filing to the following:

Rebecca P. Klymkowsky
Assistant Deputy County Attorney
100 Jefferson County Parkway, Suite 5000
Golden, Colorado 80419
T: 303.271.8900
E: rklymkow@jeffco.us

*/s/Krystle Jennings*
Krystle Jennings, Paralegal
Kishinevsky & Raykin

3